UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ARANTZA ESPINOZA CASE NO.: 1:24-cv-21039-JAL

Plaintiff,

vs

MICHAELS STORES, INC.

A Foreign for-Profit Corporation

Defendant,

_______________________________________________/

NOTICE OF SETTLEMENT

Plaintiff, ARANTZA ESPINOZA through undersigned attorney Diego G. Mendez, Esq. pursuant to the Federal Rules Civil Procedure files this Notice of Settlement with Defendant. Parties seek 30 days to finalize all settlement documentation and file a Notice of Voluntary Dismissal with Prejudice.

Respectfully Submitted:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 1-305.809.8474
Email:info@mendezlawoffices.com
By: _________/s/_________________
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL 33014

Telephone: 305-824-9800
Facsimile: 305-824-3868
Email: radamslaw@bellsouth.net
By:___________ /s/____________________
RICHARD JOHN ADAMS, ESQ.
FL BAR NO.: 770434